# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 27, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131879(87)

MARY MULLINS, Personal Representative
of the Estate of Nina F. Mullins, Deceased,
Plaintiff-Appellant,

v

SC: 131879
COA: 263210
Washtenaw CC: 03-000812-NH

ST. JOSEPH MERCY HOSPITAL, d/b/a ST.
JOSEPH MERCY HEALTH SYSTEM, JASON
WHITE, M.D., RAFAEL J. GROSSMAN, M.D.,
and KIMBERLY STEWART, M.D.,
Defendants-Appellees
and

JAMES R. BENGSTON, and WALTER
WHITEHOUSE, M.D.,
Defendants.

_____

On order of the Chief Justice, the motion by Botsford Hospital for leave to file a brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 27, 2007

_____
Clerk